UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CELESTINO RIOS DIAZ (A-240-173-829),

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX FACILITY, et al.,

Respondents.

No. 1:26-cv-03310-DC-CSK (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 8, 9)

Petitioner, an immigration detainee proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 4, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.) Neither party filed objections to the findings and recommendations.[1]

[1] On June 5, 2026, the court received a filing from Petitioner that was signed June 1, 2026, titled Motion for Reply/Traverse. The court interprets this as a motion to file an untimely traverse to Respondents' answer. (ECF No. 9.) The court has considered Petitioner's Traverse and finds that it does not alter the analysis upon which the magistrate judge's findings and recommendations were based.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 4, 2026 (ECF No. 8), are ADOPTED;

2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DENIED;

3. Petitioner's Motion for Reply/Traverse (ECF No. 9) is DENIED as having been rendered moot by this order; and

4. The Clerk of the Court is directed to enter judgment in favor of Respondents and close this case.

IT IS SO ORDERED.

Dated: **August 10, 2026**

Dena Coggins
United States District Judge